988 A.2d 1269

COMMONWEALTH of Pennsylvania, Respondent

v.

Rondell CARRERO, Petitioner.

No. 166 EM 2009.

Supreme Court of Pennsylvania.

Jan. 28, 2010.

### ORDER

PER CURIAM.

AND NOW, this 28th day of January, 2010, the Application for Extraordinary Relief is **DENIED.**

988 A.2d 1269

Orlando EDNEY, Petitioner

v.

TRAFFIC COURT OF PHILADELPHIA, Respondent.

No. 168 EM 2009.

Supreme Court of Pennsylvania.

Jan. 28, 2010.

### ORDER

PER CURIAM.

AND NOW, this 28th day of January, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**